# United States District Court
# Northern District of Texas
### DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2016 AUG 30  PM 1:43

_____ aaa _____
DEPUTY CLERK

UNITED STATES OF AMERICA

V.

CONNIE SU MOSER

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:15-cr-00478-B

To: The United States Marshal
and any Authorized United States Officer

MAG. CASE NUMBER: _____

YOU ARE HEREBY COMMANDED to arrest   CONNIE SU MOSER

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Sealed Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with:

Sex Trafficking of Children (Violation of 18 U.S.C. § 1591(a) and (b)(2)); Transportation of a Minor to Engage in Commercial Sex Acts (Violation of 18 U.S.C. § 2423(a)); Felon in Possession of Ammunition (Violation of 18 U.S.C. §§ 922(g)(1) and § 924(e)); Sex Traffick-ing Through Force, Fraud or Coercion (Violation of 18 U.S.C. § 1591(a) and (b)(1)); Conspiracy to Commit Sex Trafficking 18 U.S.C. §1594(c)); Use of a Facility of Interstate Commerce in Aid of a Racketeering Enterprise (Violation of 18 U.S.C. §§ 1952(a)(3) and (A))

in violation of Title   SEE ABOVE

United States Code, Section(s)

2016 AUG 17  PM 1:25
MARSHALS SERVICE N/TX
DALLAS, TEXAS

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

_Karen Mitchell_ (signature)
Signature of Issuing Officer

US MAGISTRATE JUDGE IRMA CARRILLO RAMIREZ
Judge

8/17/2016
Date

Dallas, TX
Location

E.MONK
(By) Deputy Clerk

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| 2658 Sherwood Drive, Lewisville, TX |

| DATE RECEIVED 8/17/2016 | NAME AND TITLE OF ARRESTING OFFICER HSI Special Agent Hakan Catalan | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 8/29/2016 | | |

10143946